| | |
|---|---|
| 1 | Name        Emily Gildar Wagner |
| 2 | Bar #        028811 |
|   | Firm         Snell & Wilmer, LLP |
| 3 | Address     400 E. Van Buren St. |
| 4 |             Ste. 1900 |
| 5 |             Phoenix, AZ 85004 |
|   | Telephone   602-382-6000 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Charles Michael Colburn

   Plaintiff,

   vs.

David M. Reaves, et al.

   Defendant.

**Case No.** 2:22-cv-00020-SMM

**Corporate Disclosure Statement**

This Corporate Disclosure Statement is filed on behalf of MedMen Enterprises, Inc. in compliance with the provisions of: *(check one)*

- [✓] Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.
- [ ] Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.
- [ ] Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☑ No such corporation.

☐ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____ Relationship _____

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest.* *(Attach additional pages if needed.)*

_____ Relationship _____

☐ Other(please explain)

_____
_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this  20th  day of  January , 2022 .

/s/ Emily Gildar Wagner
_____
Counsel of Record

Certificate of Service:

Gerald L. Shelley
Anthony Warren Austin
Fennemore Craig PC - Phoenix, AZ
2394 E Camelback Rd., Ste. 600
Phoenix, AZ 85016
602-916-5000
gshelley@fclaw.com
aaustin@fclaw.com

Janel Marie Glynn
Polsinelli PC - Phoenix, AZ
1 E Washington St., Ste. 1200
Phoenix, AZ 85004
602-650-2066
janel@theburgesslawgroup.com

David M. Reaves
Misty Elaine Weniger
Reaves Law Group
2999 N 44th St., Ste. 600
Phoenix, AZ 85018
602-241-0101
dreaves@reaves-law.com
mweniger@reaves-law.com

Elizabeth Christine Amorosi
United States Trustee
230 N. 1st Ave., Ste. 204
Phoenix, AZ 85003
602-682-2600
elizabeth.c.amorosi@usdoj.gov

- 2 -